James MILTON, Jr., Plaintiff,

v.

Philip L. SIEVE, et al., Defendants.

No. 92–3125–S.

United States District Court, D. Kansas.

March 31, 1992.

James Milton, Jr., pro se.

## MEMORANDUM AND ORDER

SAFFELS, Senior District Judge.

Plaintiff proceeds pro se and in forma pauperis on a complaint filed pursuant to 42 U.S.C. § 1983. Plaintiff complains that he was denied a fair trial and names as defendants the state district court judge and the prosecuting attorney. Plaintiff seeks to have his criminal conviction reversed, and a new trial ordered. He also seeks copies of his trial transcript and appointment of counsel.

The court finds it appropriate to dismiss the complaint. Section 1983 is not a substitute for a habeas action. When a prisoner seeks to challenge the length or fact of his confinement, he must pursue his claim through writ of habeas corpus, 28 U.S.C. § 2254 after first exhausting state court remedies on his allegations of constitutional error. *Preiser v. Rodriguez*, 411 U.S. 475, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973).

Plaintiff is further advised that both defendants would be entitled to absolute immunity from liability under § 1983. *See Dennis v. Sparks*, 449 U.S. 24, 27, 101 S.Ct. 183, 186, 66 L.Ed.2d 185 (1980) (judges defending against 1983 actions enjoy absolute immunity from damages liability for acts performed in judicial capacity); *Cleavinger v. Saxner*, 474 U.S. 193, 106 S.Ct. 496, 88 L.Ed.2d 507 (1985) (prosecutors have absolute immunity when carrying out prosecutorial functions).

IT IS THEREFORE ORDERED that the complaint is dismissed.